# *DAVID ROSTAN*
## ATTORNEY AT LAW

---

248 Columbia Turnpike                          Telephone     973-520-8301
Suite 7, Bldg 1                                  Facsimile      973-520-8302
Florham Park, New Jersey 07932

*Admitted to Practice in New Jersey and New York*        Rostanlaw@aol.com

Via ECF

June 24, 2009

Chief Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers 1217, Courtroom 13-D
Brooklyn, New York 11201

Re:     Cortigiano v. Oceanview Manor Home for Adults, et al.
         Civ A. No. 04-4077

Dear Judge Gold:

       Please be advised that I have notified Ms. Lisa Rosenfeld, Principal for Oceanview Manor, of the July 2, 2009 2 p.m. court conference with Your Honor via the attached letter. I have also spoken with the facility's bookkeeper, Rachel, by phone today to advise of the scheduling of the conference.

Respectfully submitted,


/s/
_____
David Rostan
Settlement Monitor