# *DAVID ROSTAN*
**ATTORNEY AT LAW**

---

| | |
|---|---|
| 248 Columbia Turnpike | Telephone   973-520-8301 |
| Suite 7, Bldg 1 | Facsimile   973-520-8302 |
| Florham Park, New Jersey 07932 | |

*Admitted to Practice in New Jersey and New York*     Rostanlaw@aol.com

Via ECF

June 29, 2009

Chief Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers 1217, Courtroom 13-D
Brooklyn, New York 11201

Re: Cortigiano v. Oceanview Manor Home for Adults, et al .
Civ A. No. 04-4077

Dear Judge Gold:

    I have today received a check for the full amount of payment owed to me as settlement monitor. The court has ordered a case conference concerning this issue for July 2, 2009 at 2 p.m., which I believe is now unnecessary. Please advise whether the court wishes to cancel the conference.

    I would like to thank Your Honor for your assistance in this matter.

Respectfully submitted,

/s/
_____
David Rostan

Cc    Ms. Lisa Rosenfeld, Oceanview Manor Home for Adults
        Via fax: 718-946-9102